Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>REALPLAY CORP., a California Corporation; and CHEUNG-TZONG WANG, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00754-CBM-JPRx<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY ACTION OF DISMISSAL WITH PREJUDICE**<br>**[JS-6]**<br><br>**Hon. Consuelo B. Marshall** |

**WHEREAS Plaintiff Deckers Outdoor Corporation** (collectively "Plaintiff" or "Deckers") having filed a Complaint in this action charging **Defendants Realplay Corp.** and **Cheung-Tzong Wang** ("Defendants") with Trade Dress Infringement, Patent Infringement, and Unfair Competition arising from Defendants' manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of footwear, of Deckers' Bailey Button Boot Trade Dress and boot designs, to which Deckers owns design patents D599,999, D616,189, D582,650 and/or trade dress rights, including rights to the UGG® "Bailey Button" boot, by certain of Defendants' footwear products identified by Style Names "TOM-01," "TOM-05," "TOM-06," and "JEFF-02"

(hereinafter "Accused Products"), examples of which are shown below:

| | | |
|---|---|---|
|  **UGG® Bailey Button Boot Design Patent D599,999** |  **UGG® Bailey Button Boot** |  **Defendants' Accused Product "TOM-06"** |
|  **UGG® Bailey Button Boot Design Patent D599,999** |  **UGG® Bailey Button Boot** |  **Defendants' Accused Product "JEFF-02"** |
|  **UGG® Cardy Boot Design Patent D582,650** |  **UGG® Cardy Boot** |  **Defendants' Accused Product "TOM-05"** |
|  **UGG® Bailey Button Triplet Boot Design Patent D616,189** |  **UGG® Bailey Button Triplet Boot** |  **Defendants' Accused Product "TOM-01"** |

**WHEREAS**, Deckers is the owner of the trade dresses and registered design patents identified in <u>Exhibit A</u>, attached hereto;

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Consent Judgment; and

**WHEREAS**, the parties herein have simultaneously entered into a confidential Settlement Agreement and Mutual Release;

**WHEREAS** Defendants have agreed to consent to the below judgment, **IT IS HEREBY ORDERED THAT**:

1. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Consent Judgment are hereby permanently restrained and enjoined from infringing upon any of the trade dresses and/or registered design patents identified in <u>Exhibit A</u>, attached hereto, either directly or contributorily in any manner, including:

    (a) Challenging the validity, enforceability, or Deckers' ownership of the trade dresses and/or registered design patents identified in <u>Exhibit A</u>, attached hereto;

    (b) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products or products which infringe upon the trade dresses and/or registered design patents identified in <u>Exhibit A</u>, attached hereto;

    (c) Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

    (d) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a) to 1(c) above.

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The execution of this stipulation shall serve to bind and obligate the parties hereto.  However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

4. Plaintiff and Defendants shall bear their own costs and attorneys' fees associated with this action.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

6. Except as otherwise provided herein, this action is fully resolved and dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  June 16, 2016

_____
Hon. Consuelo B. Marshall
United States District Judge